■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG MOBAYED, Appellant. [648 NYS2d 993] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Felig, J.), rendered July 11, 1994, convicting him of robbery in the second degree (three counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Copertino, Joy, Florio and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASHONTA ZIMAR PARKER, Appellant. [648 NYS2d 1022] —Appeal by the defendant from an amended judgment of the County Court, Dutchess County (Dolan, J.), rendered April 24, 1996, revoking a sentence of probation previously imposed by the same court on February 24, 1995, upon a finding that he had violated the conditions thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of criminal possession of a controlled substance in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., O'Brien, Pizzuto, Goldstein and Luciano, JJ., concur.